# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0622
Lower Tribunal No. 11-2023-CA-002715-0001-XX

_____

COLLIER COUNTY BOARD OF COUNTY COMMISSIONERS,

Appellant,

v.

TERRI HOHMANN DAKAN and RONALD DAKAN,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Jeffrey A. Klatzkow, Collier County Attorney, Ronald T. Tomasko and Derek D. Perry, Assistant County Attorneys, of the Collier County Attorney's Office, Naples for Appellant.

Laurie H. Anton, of Law Office of Marc. L. Shapiro, P.A., Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED